**\*\*NOT FOR PRINTED PUBLICATION\*\***

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **CADELIA ANN BENNETT** | § | |
| | § | |
| | § | **CASE NUMBER 9:20-CV-00082** |
| **v.** | § | |
| | § | |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY** | § | |

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge,  for consideration pursuant to applicable law and orders of this court.  The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.  No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered separately, remanding this action to the Commissioner for further administrative proceedings.

**SIGNED this 15th day of November, 2021.**

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge